STATE, Respondent, v. MITCHELL, Appellant.

(33 N. W.2d 345.)

(File No. 8978. Opinion filed August 3, 1948)

**Walsh & Brady,** of Yankton, for Appellant.

**Sigurd Anderson,** Atty. Gen., and **Lee H. Cope,** State's Atty., of Yankton, for Respondent.

PER CURIAM.

Notice of appeal in the above entitled action was served on December 9, 1947, and a certified copy thereof was filed in this Court on December 11, 1947. No brief has been filed by the appellant. The appeal is deemed abandoned and the judgment appealed from is affirmed.

All the Judges except RUDOLPH, J., not sitting, concur.